COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Rodney Milum v. The State of Texas

Appellate case number:    01-13-01027-CR

Trial court case number:  1347034

Trial court:              184th District Court of Harris County

Appellant's counsel in this case has filed a motion to withdraw and a brief stating there are no arguable grounds for appeal, based on *Anders v. California*, 386 U.S. 738 (1967).

Appellant has a right to respond to counsel's motion. Pursuant to *Kelly v. State*, No. PD-0702-13, 2014 WL 2865901 (Tex. Crim. App. June 25, 2014), we direct the Clerk of this Court to send, at no cost to appellant, a complete copy of the appellate record so that appellant may respond to the *Anders* brief. We note that appellant has already filed a response to the *Anders* brief, but appellant has a right, but no obligation, to file an amended response after reviewing the full record.

Appellant has 30 days from the date of this order to file a pro se response, if any, to the *Anders* brief and motion to withdraw filed by appellate counsel on June 9, 2014.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                   ☒ Acting individually    ☐ Acting for the Court


Date:  July 31, 2014